# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# EASTERN DIVISION

| | | |
|---|---|---|
| JAMES ALEXANDER RIALS, | ) | No. ED CV 13-2152-JVS (PLA) |
| Petitioner, | ) | **JUDGMENT** |
| v. | ) | |
| R.T.C. GROUNDS, Warden, | ) | |
| Respondent. | ) | |

Pursuant to the order accepting the magistrate judge's report and recommendation, IT IS ADJUDGED that the petition in this matter is dismissed with prejudice.

DATED: April 23, 2015

_____
HONORABLE JAMES V. SELNA
UNITED STATES DISTRICT JUDGE